1913, denying the defendant's motion to set aside the verdict and for a new trial.

PER CURIAM. Under the court's instruction the jury were permitted to consider in determining the question of defendant's negligence his failure to install for use by the operator of the grindstone at which plaintiff was at work at the time he was injured a hand power control. The evidence shows that the stone broke almost immediately after its acceleration of speed was observed by plaintiff. It appears that such a hand power control, if it had been installed, would necessarily have operated slowly in reducing or accelerating the speed of the stone. We think it does not appear that, if installed, plaintiff could have operated it so promptly as to have reduced the speed in time to avoid the accident. If so, defendant's failure to install this control could not be considered as a proximate cause of the accident. The jury were also permitted to find defendant negligent if the stone should be found by them to have broken by reason of imperfection in structural formation, provided defendant should have known of such defect. We are also of the opinion that if the verdict of the jury may be considered as based upon this ground of negligence, it was against the weight of the evidence. The judgment and order should be reversed and a new trial directed, with costs to appellant to abide event. All concurred, except Kruse, P. J., who dissented. Judgment and order reversed, and new trial granted, with costs to appellant to abide event.

In the Matter of BRAINARD AVERY. (Supreme Court, Appellate Division, First Department. October 20, 1916.) Proceeding dismissed. Settle order on notice.

BABY SHOW EXHIBITION CO. v. CROWELL PUBLISHING CO. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Motion for stay granted. Settle order on notice.

Richard A. BACHIA and another, respondents, v. C. Milton ROGERS, appellant. (Supreme Court, Appellate Division, Second Department. October 6, 1916.) Order modified, by directing that the plaintiffs pay, within 20 days, to the defendant, the sum of $30, as a condition for the filing and service of a new bond therein prescribed, and as so modified affirmed, without costs. No opinion. Jenks, P. J., and Carr, Mills, Rich, and Putnam, JJ., concur.

Henry C. BADENHAUSEN, etc., respondent, v. NEENAN ELEVATOR COMPANY et al. defendants, and John F. Healy and another, appellants. (Supreme Court, Appellate Division, Second Department. September 29, 1916.) Judgment modified, by directing, as a condition of the adjudication in plaintiff's favor, the restoration by defendant Neenan Elevator Company to defendant Healy of the sum of $4,513.25 within 30 days after entry of judgment, and in default of such payment a lien for that amount is adjudged on the personal property involved, and a sale of the said property of defendant Neenan Elevator Company is directed as in the case of foreclosure of a lien upon a chattel. Madison Ave. Baptist Church v. Oliver St. Baptist Church, 73 N. Y. 82, 93. The requests to find prepared by defendant Healy and another, numbered 13 and 14, are granted. As modified, the judgment is affirmed, without costs. Jenks, P. J., and Carr, Stapleton, Rich, and Putnam, JJ., concur. Settle order on notice before Mr. Justice Stapleton.

Matter of William C. BAKER v. Andrew J. MAGUIRE. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Motion granted. Order filed.

Dickerson G. BAKER and Edgar Park, Appellants, v. Frank H. PAGE and Others, Respondents. (Supreme Court, Appellate Division, Second Department. December, 1915.) Appeal transferred to the First Department.

John BALZER, respondent, v. OCEAN STEAMSHIP COMPANY OF SAVANNAH, appellant. (Supreme Court, Appellate Division. Second Department. July 28, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.

John BARBER, applts., v. Jane STAUCH, respt. (Supreme Court, Appellate Division, Fourth Department. May 26, 1916.) Motion for reargument denied, with $10 costs.

Charles V. BARKER, appellant-respondent, v. Francis E. BARKER et al., defendants, Maud Archer et al,, appellants, and Pauline May et al., respondents. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Motion for reargument granted, on condition that any additional papers be submitted on or before September 1, 1916.

Harry BARNSLEY, respondent, v. NEW YORK CONSOLIDATED RAILROAD COMPANY, appellant, impleaded, etc. (Supreme Court, Appellate Division, Second Department. September 29, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.

BARON STEUBEN CO-OPERATIVE FIRE INSURANCE COMPANY, Respondent, v. Claude V. STOWELL, Appellant. (Supreme Court, Appellate Division, Fourth Department. December, 1915.) Judgment affirmed, with costs. All concurred.

BARON STEUBEN CO-OPERATIVE FIRE INSURANCE COMPANY, Respondent, v. Claude V. STOWELL and Another, Appellants. (Supreme Court, Appellate Division, Fourth Department. December, 1915.) Judgment affirmed, with costs. All concurred.

Bert BARRY, respondent, v. Richard MARKEY, Jr., appellant. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.